**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 13-2400**

───────────

HEPHZIBAH BATES,

                    Plaintiff – Appellant,

          v.

P. A. LACEY NUNLEY, Deputy General Counsel The Federal
Reserve Bank,

                    Defendant - Appellee.

───────────

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.   Robert E. Payne, Senior
District Judge. (3:12-cv-00211-REP)

───────────

Submitted:  February 27, 2014          Decided:  March 4, 2014

───────────

Before NIEMEYER, KING, and AGEE, Circuit Judges.

───────────

Dismissed by unpublished per curiam opinion.

───────────

Hephzibah Bates, Appellant Pro Se.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Hephzibah Bates seeks to appeal the district court's orders dismissing Bates' complaint and denying reconsideration. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

When the United States or its officer or agency is a party, the notice of appeal must be filed no more than sixty days after the entry of the district court's final judgment or order, Fed. R. App. P. 4(a)(1)(B), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5), or reopens the appeal period under Fed. R. App. P. 4(a)(6). "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." Bowles v. Russell, 551 U.S. 205, 214 (2007).

The district court's order was entered on the docket on August 1, 2012. The notice of appeal was filed on November 4, 2013. Because Bates failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED

2